# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## BALLOT TITLE CERTIFIED

### January 15, 2015

Bowers v. Rosenblum (S062786). Petitioners' argument that the Attorney General's certified ballot title for Initiative Petition No. 7 (2016) does not comply substantially with ORS 250.035(2) to (6) is not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### January 15, 2015

Kuroda v. Morley (S062762). Petition for alternative writ of mandamus is allowed.